B27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

In re Colleen J. Caughron, Debtor

Case No. 11-32771
Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: CAPITAL ONE, N.A. - BEST BUY CO., INC.

2. Amount of the debt subject to this reaffirmation agreement: $ 1,228.63 on the date of bankruptcy $ 700.00 to be paid under reaffirmation agreement

3. Annual percentage rate of interest: ____% prior to bankruptcy 0 % under reaffirmation agreement ( ✓ Fixed Rate ____ Adjustable Rate)

4. Repayment terms (if fixed rate): $ 50.00 per month for 14 months

5. Collateral, if any, securing the debt: Current market value: $ 700.00 Description: MACBOOK PRO

6. Does the creditor assert that the debt is nondischargeable? ____ Yes ✓ No (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

**Debtor's Schedule I and J Entries**

7A. Total monthly income from Schedule I, line 16 $ 3,884.5

8A. Total monthly expenses from Schedule J, line 18 $ 6,190.32

9A. Total monthly payments on reaffirmed debts not listed on Schedule J $ Ø

**Debtor's Income and Expenses as Stated on Reaffirmation Agreement**

7B. Monthly income from all sources after payroll deductions $ 6,218

8B. Monthly expenses $ 6,190

9B. Total monthly payments on reaffirmed debts not included in monthly expenses $ 0

10B. Net monthly income (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) $ 28

11. Explain with specificity any difference between the income amounts (7A and 7B):

12. Explain with specificity any difference between the expense amounts (8A and 8B): wife is now currently employed

If line 11 or12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

Signature of Debtor (only required if line 11 or 12 is completed)

Signature of Joint Debtor (if applicable, and only required if line 11 or 12 is completed)

Other Information

☐ Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?

X Yes ____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?

X Yes ____ No

**FILER'S CERTIFICATION**

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

Signature

Jeremy Butler

Print/Type Name & Signer's Relation to Case

Atty for Cap. One

B240A (Form B240A) (04/10)

Check one.
☐ Presumption of Undue Hardship
☒ No Presumption of Undue Hardship
*See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT

Western District of Tennessee

Case No. 11-32771

In re Colleen J. Caughron,
*Debtor*

Chapter 7

## REAFFIRMATION DOCUMENTS

**Name of Creditor:** CAPITAL ONE, N.A. - BEST BUY CO., INC.

☐ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: Secured revolving account
*For example, auto loan*

B. ***AMOUNT REAFFIRMED:*** $ 700.00

The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before ________, which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The ***ANNUAL PERCENTAGE RATE*** applicable to the Amount Reaffirmed is 0 %.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)* ☒ Fixed rate ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☐ $ 50.00 per month for 14 months starting on 7/20/12.

☐ Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.

E. Describe the collateral, if any, securing the debt:

Description: MACBOOK PRO
Current Market Value $ 700.00

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

☑ Yes. What was the purchase price for the collateral? $____

☐ No. What was the amount of the original loan? $____

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

| | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 1,228.63 | $ 700.00 |
| Annual Percentage Rate | ____ % | 0 % |
| Monthly Payment | $ ____ | $ 50.00 |

H. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

## PART II. DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one. ☑ Yes ☐ No

B. Is the creditor a credit union?

Check one. ☐ Yes ☑ No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1. Your present monthly income and expenses are:

a. Monthly income from all sources after payroll deductions (take-home pay plus any other income) $ 6218

b. Monthly expenses (including all reaffirmed debts except this one) $ 6190

c. Amount available to pay this reaffirmed debt (subtract b. from a.) $ 28

d. Amount of monthly payment required for this reaffirmed debt $ 50.00

*If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

Check one of the two statements below, if applicable:

☑ You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

☐ You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

________________________________________________

Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

☐ You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1) I agree to reaffirm the debt described above.

(2) Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part below;

(3) The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4) I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5) I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date 5/25/12 Signature [signature]
*Debtor*

Date ______ Signature ______
*Joint Debtor, if any*

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor CAPITAL ONE, N.A. - BEST BUY CO., INC. C/O Bass & Associates, P.C., 3936 E. Ft. Lowell Ste 200, Tucson, AZ, 85712
*Print Name* *Address*

Jeremy Butler [signature] 6-11-12
*Print Name of Representative* *Signature* *Date*

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date 6/01/12 Signature of Debtor's Attorney Toni Campbell Parker

Print Name of Debtor's Attorney ______

## PART V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure t decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Secti B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A. DISCLOSURE STATEMENT

1. **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation to pay. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to ta your property or your wages. Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end cred agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2. **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required t reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3. **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminat any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage, security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right unde the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current val of the collateral, as the parties agree or the court determines.

4. **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter in a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, eit you or the creditor should file it as soon as possible. The signed agreement must be filed with the cou no later than 60 days after the first date set for the meeting of creditors, so that the court will have tim to schedule a hearing to approve the agreement if approval is required. However, the court may exter the time for filing, even after the 60-day period has ended.

5. **Can you cancel the agreement?** You may rescind (cancel) your Reaffirmation Agreement at any tin before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later. To rescind (cancel) you Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinde (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6. **When will this Reaffirmation Agreement be effective?**

a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

i. **if the creditor is not a Credit Union,** your Reaffirmation Agreement becomes effective wh it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and m set a hearing to determine whether you have rebutted the presumption of undue hardship.

ii. **if the creditor is a Credit Union,** your Reaffirmation Agreement becomes effective when i is filed with the court.

b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement,** the Reaffirmation Agreement will not be effective unless the court approves it. To have court approve your agreement, you must file a motion. See Instruction 5, below. The court will notif you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, a which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to fil motion or get court approval of your Reaffirmation Agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If y do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

**B. INSTRUCTIONS**

1. Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If you case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure tha you can afford to make the payments that you are agreeing to make and that you have received a copy the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmatic Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You c use Form B240B to do this.

## C. DEFINITIONS

1. **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part 1, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreeme to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2. **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cos of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan pape were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3. **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credi Union" or initials like "C.U." or "F.C.U." in its name.

B240C (Form B240C) (12/09)

# United States Bankruptcy Court

Western District of Tennessee

In re Colleen J. Caughron, Debtor

Case No. 11-32771
Chapter 7

## ORDER ON REAFFIRMATION AGREEMENT

The debtor(s) ______________ has (have) filed a motion for approval of the reaffirmation agreement dated ______________ made between the debtor(s) and creditor ______________. The court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on ______________ (date).

COURT ORDER:

☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

☐ The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

☐ The court does not approve the reaffirmation agreement.

BY THE COURT

Date: ______________

______________
*United States Bankruptcy Judge*

BEST BUY
00001651
MEMPHIS , TN 38133
Store Phone Number 901 373 8787

SALE

Order: Date: 07/25/11 02:47 PM Term ID: 042 Cashier#: 00181155

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 9755322 | MC700LL/A/COREI 5/4GB/320 | 1 | 1138.99 |
| 5426639 | REWARD ZONE CARD | 1 | 0.00 |
| 9978139 | 1YR W/ADH 1000-1199.99 MBL C | 1 | 109.99 |
| 1853259 | TECH SUPPORT PRODUCT | 1 | 0.99 |
| 1853513 | TECH SUPPORT 1 YEAR TERM | 1 | 99.00 |
| 1502268 | TREND SMARTSURFING MAC BOX | 1 | 2.99 |
| 1503063 | TREND SMARTSURFING MAC 1 YEA | 1 | 17.00 |
| 2953989 | $100 BBY GC | 1 | 0.00 |
| | GIFT CERT. | 0 | 100.00 |
| | | Subtotal | 1468.96 |
| | | Tax | 117.38 |
| | | Total | 1586.34 |

Acct#: 34522
Payment Type: BBY CARD/HSBC
Amount: 1405
Card Type: PL2
Tran#: 01651088
Auth#: 025299
Auth-CD: ELEC
Manual Tran Ind:
Signature:
Equipment Down
Acct#: XXXXXXXXXXX
Payment Type: Debit Card
Amount: 81.34

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL RETURN AND REFUND POLICIES PRINTED ON THE BACK OF THIS RECEIPT AND POSTED IN THE STORE. I HAVE RECEIVED GOODS AND/OR SERVICES IN THE AMOUNT SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE INFORMATION AND PRICE MATCH POLICY MAY VARY SLIGHTLY FROM IN-STORE POLICY. PLEASE LOG ONTO WWW.BESTBUY.COM FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

~~The information about the costs of the Credit Card described in this Application is accurate as of December, 1996, when it was printed. This information may have changed after that date. To find out what may have changed, write to us at P.O. Box 15524, Wilmington, Delaware 19850-5521.~~

**Notice to California Residents:** If you are married, you may apply for credit in your own name.

**Notice to Maine & Rhode Island Residents:** In connection with your application for credit, BNB USA may request a consumer report. If you make a request, BNB USA will advise you whether such a report was ordered and the name and address of the consumer reporting agency that provided the report.

**Notice to New York Residents:** In connection with your application for credit, BNB USA may request a consumer report. If you make a request, BNB USA will advise you whether such a report was ordered and the name and address of the consumer reporting agency that provided the report.

New York residents may contact the New York state banking department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department: 1-800-518-8866.

**Notice to Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Notice to Vermont Residents:** In connection with your application for credit, BNB USA may request a consumer report. We may also request subsequent reports for purposes including but not limited to, review or collection of your account or any other legitimate purpose related to your account.

**Notice to Married Wisconsin Residents:** No provision of a marital property agreement, a unilateral statement under Sec. 766.59, Wis. Stats. or a court decree under Sec. 766.70 Wis. Stats., adversely affects the interest of the creditor unles sthe creditor, prior to the time the credit is granted, is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. You are married and this account is being opened in the interest of your marriage or family.

## PAYMENT MAKER INSURANCE AND COST DISCLOSURES

**Payment Maker Protection OPTIONAL Credit Insurance**

- Protects you and Your Best Buy Card
- Pays if you become disabled
- Pays for damaged, destroyed or stolen merchandise
- Pays for involuntary job loss
- Pays up to $10,000 in the event of your death or dismemberment
- Premium is automatically charged to your Best Buy Account monthly
- No Charge when your account balance is zero

**Payment Maker Protection Plan Enrollment Eligibility:** This coverage is available to Best Buy Accountholders in good standing (as determined by Beneficial National Bank USA) who are under age 66 (age 65 in CA; 71 in AZ, FL, G A, IL, MI, MO, NV, NY, OK, PA, & VA) and are gainfully employed and actively working at least 30 hours per week (except in MD).

**Involuntary Unemployment Coverage:** This coverage is available only to the accountholder. Involuntary unemployment does not include: mandatory retirement, normal and routine shutdowns, quitting or self employment. In IL, strikes are not covered. (Involuntary Unemployment Insurance coverage is not available in AL, MA, MN, NY, PA, VA & VT.)

**Total Disability Coverage:** This coverage is available only to the accountholder. Benefits are not payable for disability due to normal pregnancy (except in MT, NV, & NY) or childbirth, or an intentionally self-inflicted injury (except in MD). Total disability means that you are not able to perform the important duties of your job because of sickness or accidental injury. (This coverage is not available in AL and NY.)

**Life and Dismemberment Coverage:** This coverage is available to the accountholder and co-accountholder. The Plan will pay the outstanding account balance as of the date of death, up to a maximum of $10,000 (maximum does not apply in PA). Suicide is not covered during the first 6 months following the effective date (except in MD & MO). (CA, FL, GA, HI, ID, IA, KS, KY, MD, MA, MI, NC, NJ, NY, SC, TX, VT, VA & WA residents: Benefits are provided only if Primary Accountholder dies.) (This coverage is not available in AL).

**Property Coverage:** Merchandise charged to your Best Buy account is covered against 19 accidental losses specified in your Certificate, such as fire, wind, hail, burglary, etc. for up to 36 months after the date of purchase. The losses must take place after your insurance effective date. Losses due to theft other than burglary are not covered. Benefit payments may affect your ability to collect benefits under other property insurance. (This coverage is not available in AL, CO, MA, NE, PA, VT & VA).

**General Limitations and Exclusions:** For unemployment, disability, dismemberment and life coverages, benefits are based on your account balance on the date of loss. The maximum benefit per loss is $10,000 ($500 per monthly payment for involuntary unemployment and total disability; maximum does not apply in PA) paid after a 30-day waiting period and applied back to the first day of loss. For property coverage, benefits are based on purchase price. No coverage available in AL. Life only available in NY.

**Coverage Termination:** Your Payment Maker coverage terminates on the last day of your monthly billing cycle when the first of the following occurs: Your Best Buy Account is either terminated or 90 days past due; the Group Master Policy is terminated; you reach age 70 (66 in TX; 71 in AZ, FL, GA, IL, MI, MO, NV, NY, OK, PA & VA); or if you request cancellation by giving written notice to us.

**Payment Maker Protection Plan Cost:** The monthly premium per $100 of Average Daily Balance is $0.99 in DE, DC, IN, KS, LA, ME, MI, MT, ND, NM, OH, OK, RI, SD, TN, UT, WV, WI & WY; $0.95 in AZ, ID, IL, KY, NH, OR & WA (As of 1/1/96, $0.93 in OR); $0.93 in AK, FL, IA, NV & NC; $0.86 in AR, CA, GA, MS & TX; $0.82 in MO, NJ & SC; $0.74 in CT & MD; $0.58 in CO, HI & MN; $0.41 in NE & NY; $0.23 in PA; $0.21 in MA, VT & VA. (In ID $0.09 Life, $0.20 Disability, $0.33 Involuntary Unemployment Insurance, $0.28 Property, $0.05 Dismemberment; in NE $0.14 Life, $0.15 Disability, $0.12 Involuntary Unemployment Insurance; in NJ $0.06 Life, $0.15 Disability, $0.33 Involuntary Unemployment Insurance, $0.28 Property; In NC $0.07 Life, $0.22 Disability, $0.31 Involuntary Unemployment Insurance, $0.28 Property, $0.05 Dismemberment; in PA $0.07 Life, $0.16 Disability; in VA $0.06 Life, $0.15 Disability; In WI $0.08 Life, $0.16 Disability, $0.46 Involuntary Unemployment Insurance, $0.24 Property, $0.05 Dismemberment).

This briefly describes coverage issued to Beneficial National Bank USA by Union Fidelity Life Insurance Company and Virginia Surety Company, Inc. (Under Group Policies, MOBCARDP3062C and MOBCARDCL-GP-CC 1/91.) Coverage becomes effective the day your account is issued. This premium will be charged to your account each month you maintain a balance.

**Beneficial®**
National Bank USA

**BEST BUY**

## CARDHOLDER AGREEMENT AND DISCLOSURE STATEMENT

**NOTICE TO CARDHOLDER:**

**Do not use your Cardholder Account ("the Account") before you read this Agreement. You are entitled to an exact copy of this Agreement. Keep it to protect your legal rights. You have the right to pay amounts owed under your Account in full or in part at any time without penalty.**

**Definition of Parties:** In this Agreement, the words "you," "your" and "yours" mean each person who has applied for or uses this Account and the words "we," "our," and "us" mean **BENEFICIAL NATIONAL BANK USA ("BNB USA")**.

**Agreement:** You have applied for an Account with us. The Account can only be used to obtain advances to purchase goods and services ("Purchase Advances") from participating merchants and to which merchants we may advance funds for such purchases. You may be required to sign a Sales Slip or other written authorization for such purchases. By applying for an Account or signing the Application or using this Account, you agree to the terms and conditions contained in this Agreement and the terms and conditions contained in the Application, which you and we agree is a part of this Agreement.

**Account Information:** By applying for an Account, you agree to the following instructions:

You hereby authorize and instruct BNB USA to request and receive credit information about you from any credit reporting agency or third party.

### INSTRUCTION TO BNB USA TO PROVIDE CREDIT AND OTHER INFORMATION

BNB USA is affiliated with other subsidiaries of Beneficial Corporation. **While you understand that the following authorization and instruction is not a requirement to qualify for an Account, in order that you may learn about the credit or other offerings of Affiliates, the merchant or their agents, you authorize and instruct BNB USA to provide to Affiliates, the merchant or their agents, any credit or other information about you that you have provided on your Application or that BNB USA obtains from any credit reporting agency or third party.** You understand that if you do not want to authorize and instruct BNB USA to provide such information to Affiliates, the merchant or their agents, you may advise BNB USA by calling toll-free at 1-800-345-9211. Operators are available 8:00 AM to 9:00 PM Eastern time. To ensure that no such information is provided to Affiliates, the merchant or their agents, you should call within 10 calendar days after the date of your Application. BNB USA may begin to provide such information to Affiliates, the merchant or their agents if you do not call within those 10 days. At any time thereafter however, you may call the 800 telephone number and upon your request, BNB USA will promptly cease any further provision of such information to Affiliates, the merchant or their agents. However, depending on when in a given month you call, you may receive one solicitation after you call.

**Signing Your Credit Card; Using Your Account:** Upon receipt, you must sign the Credit Card we provide to you. So long as you abide by the terms and conditions of this Agreement and your Account privileges have not been ended, you may use your Account to obtain Purchase Advances from the Merchant up to your Credit Limit. However, there may be times when we are unable to approve every transaction because our system is not operating fully. This may occur even when you are not exceeding your Credit Limit and while your Account is in good standing. In addition, we are not responsible if a Merchant fails to accept or honor a Purchase Advance on your Account. You agree not to use your Account while it is past due or while you are otherwise in default under this Agreement. Your Account is not transferable and only you are authorized to use it. However, if you do allow another person to use your Account, you are responsible for paying any charges incurred by that person.

**Promise to Pay:** You promise to pay us in U.S. Dollars, the amount of all Purchase Advances billed to your Account, plus any **FINANCE CHARGES**, insurance charges and other charges that apply. We may, but are not obligated to, accept any payment that is not drawn on a financial institution located in the United States or a U.S. Post Office. You may pay us all or part of the unpaid balance on your Account at any time. Each month, you must however, pay us by the Payment Due Date shown on your monthly statement, no less than the Total Amount Due shown on the statement, which is the sum of (a) the Minimum Monthly Payment figured in the manner described under the caption "Minimum Monthly Payment" and (b) any Amount Past Due.

~~Minimum Monthly Payment:~~ To figure your Minimum Monthly Payment, we first take the greater of (a) $15, (b) 3% of the Balance of each standard plan and each special plan, if any, which requires a minimum monthly payment, as set forth in the New Balance box shown at the bottom of your monthly statement (which includes previously billed FINANCE CHARGES, insurance charges and other charges), or (c) Current **FINANCE CHARGES** and any current insurance charges. We then round this amount to the next higher dollar. Your Minimum Monthly Payment is this figure or the New Balance shown on your monthly statement, whichever is less. In addition to your Minimum Monthly Payment, you must pay any Amount Past Due shown on your statement. The Minimum Monthly Payment plus the Amount Past Due equals the Total Amount Due.

**Credit Limit:** We will advise you of the initial Credit Limit "the "Limit") on your Account. We may increase or decrease the Limit at any time and will show the Limit on your monthly statements. You agree not to request Purchase Advances which would cause your Account to exceed the Limit. If you attempt to exceed the Limit, we may cancel this Agreement and require you to pay us at once the entire balance outstanding under the Account, including all unpaid Purchase Advances, **FINANCE CHARGES**, insurance charges and other charges.

**Special Financing Plans:** In addition to our standard financing plan as set forth in this Agreement, from time to time we may, at our option, offer special financing plans on Purchase Advances made under your Account. Your Minimum Monthly Payment, application of payments and other terms may differ under certain special financing plans. Specific terms of a Purchase Advance made under a special plan will be indicated at time of purchase. Purchase Advances under a special plan will be shown separately on your monthly statement and may have a separate Minimum Monthly Payment which will be added to any standard Minimum Monthly Payment then due. We may, at our option, transfer the unpaid balance of a Purchase Advance under a special financing plan to our standard financing plan, any time you fail to make any required payment on your special financing plan, any time you fail to make any required payment on your special financing plan or your standard financing plan when due. You must make at least the Minimum Monthly Payment, if any, shown on your monthly statement, while any special financing plan is in effect. Explanations of some special plans are: (a) **Deferred Payment:** Your first payment is deferred for a specified time period, however **FINANCE CHARGES** will be assessed during the deferral period; (b) **Deferred Payment and Interest:** Your first payment is deferred for a specified time period and no **FINANCE CHARGES** are assessed during the period; (c) **Same as Cash:** If, during a specified time period, you pay off the full amount of your Purchase Advance, no **FINANCE CHARGES** will be assessed on that Purchase Advance. However, if such full payment is not made within this time period, **FINANCE CHARGES** will be assessed from Date of Purchase; (d) **Interest Free:** You will not be assessed any **FINANCE CHARGES** on your Purchase Advance for a specified time period and special repayment terms will apply to your Purchase Advance; (e) **Reduced Rate:** A reduced **ANNUAL PERCENTAGE RATE** will be charged on your Purchase Advance; (f) **Reduced Rate – Special Repayment Factor:** A reduced **ANNUAL PERCENTAGE RATE** and special repayment terms will apply to your Purchase Advance.

**FINANCE CHARGES:** For purposes of calculating **FINANCE CHARGES**, there are different "categories" of Purchase Advances. There is a separate category covering all Purchase Advances made under our standard financing plan as set forth in this Agreement. There is also a separate category covering all Purchase Advances made on the same date under the same special financing plan. Purchase Advances are posted to your account no earlier than the "Transaction Date," the date the goods or services were purchased.

If the Previous Balance shown on your monthly statement is zero, or if the New Balance shown on your monthly statement covering the prior billing period was paid in full by the Payment Due date shown on that statement, no **FINANCE CHARGES** are assessed for the current billing cycle. If the New Balance shown on your statement is then paid in full by the Payment Due Date shown on the statement ~~(which provides for a 25-day grace period)~~, no **FINANCE CHARGES** are assessed during the next billing cycle. If that New Balance is not paid in full by that Payment Due Date, **FINANCE CHARGES** are assessed on Purchase Advances included in that New Balance from the Transaction Date for each Purchase Advance through the Statement Closing Date for the current billing cycle and from the first day of the next billing cycle through the Statement Closing Date for the next billing cycle. In the next billing cycle, **FINANCE CHARGES** are also assessed from the Transaction Date through the Statement Closing Date for that billing cycle on any Purchase Advance made in that billing cycle.

There are different kinds of **FINANCE CHARGES** associated with your account. Contingent **FINANCE CHARGES** are **FINANCE CHARGES** from the current billing cycle that can be avoided by timely payment, as indicated above, or that can be avoided under the payment terms of a special financing plan. Accumulated **FINANCE CHARGES** are the sum of the Contingent **FINANCE CHARGES** from the current billing cycle plus the Contingent **FINANCE CHARGES** from prior billing cycles and can still be avoided. Accrued **FINANCE CHARGES** are Contingent **FINANCE CHARGES** from prior billing cycles that have not been avoided and are now due. Current **FINANCE CHARGES** are **FINANCE CHARGES** that are imposed in the current billing cycle; they cannot be avoided and are now due.

At the end of the billing cycle, we figure both Contingent and Current **FINANCE CHARGES** for each day by multiplying the Daily Periodic Rate for a category of Purchase Advances by the closing daily balance for that category and by adding each day's result for all the days in the billing cycle. Each day, the closing daily balance for a category is figured by adding to the previous daily balance for that category, if any, all Purchases Advances for that category that occurred on that day (plus, for the first day in the billing cycle, all Purchase Advances with Transaction Dates in a prior billing cycle that were posted to the account during that billing cycle) and by subtracting unpaid **FINANCE CHARGES**, insurance charges, other charges, and all payment and credits applied to such balance on such day. A minimum **FINANCE CHARGE** of $1.00 is imposed if there is any Current **FINANCE CHARGE**.

Your monthly statement will not show the closing daily balance for each day for each category of Purchase Advances. Instead, it will show the Average Daily Balance for each category. We get the Average Daily Balance for a category by dividing the sum of the closing daily balances for that category for all the days in the billing cycle by the actual number of days in the billing cycle.

The Average Daily Balance for a category can be multiplied by the number of days in the billing cycle and the appropriate daily periodic rate can be applied to that product to determine the amount of Contingent and Current **FINANCE CHARGES**. (There may be minor differences between the amounts of Contingent and Current **FINANCE CHARGES** calculated in that manner and the amounts of Contingent and Current **FINANCE CHARGES** shown on the front of your statement due to rounding.) However, the amount of Contingent and Current **FINANCE CHARGES** will be zero for those categories of Purchase Advances made under the Deferred Payment and Interest Financing Plans or Interest Free – Special Repayment Factor Financing Plans until the end of the deferral period for **FINANCE CHARGES**.

Your Account has a [illegible] and therefore the daily periodic rate and corresponding **ANNUAL PERCENTAGE RATE** may change on the first day of each monthly billing period ("Change Date"). Your **ANNUAL PERCENTAGE RATE** for a billing period [illegible] Prime Rate (and the daily periodic rate will be 1/365th of this figure) as published in the Wall Street Journal Money Rates Section on the 25th day of the calendar month which immediately precedes the Change Date for that billing period. If the 25th day of the month is not a business day, we will use the Prime Rate in effect on the next business day thereafter. Notwithstanding the Prime Rate

then in effect, the ANNUAL PERCENTAGE RATE will not be less than 19.8% (daily periodic rate of .05425%). An increase in the periodic rate and its corresponding **ANNUAL PERCENTAGE RATE** means that you pay a larger FINANCE CHARGE and a decrease means that you pay a smaller **FINANCE CHARGE**. The **ANNUAL PERCENTAGE RATE** and daily periodic rate for each billing period shall be shown on your monthly statement. As an example, on 11/25/96, the daily periodic rate was .06205% and the **ANNUAL PERCENTAGE RATE** was 22.65%.

**Other Charges:** Your Account is subject to the following other charges.

**Late Charge:** If a Minimum Monthly Payment is not paid within 5 days of its Payment Due Date, you agree to pay a late charge. The late charge will be $17.50. Not more than 1 late charge will be assessed upon any such Minimum Monthly Payment.

**Returned Check Charge:** If you issue a check as payment on your Account and that check is returned to us unpaid, you agree to pay us a charge of $20.00.

**Collection Charges:** If you are in default and we refer your account to an attorney for collection, you agree to pay our attorneys fees as allowed by law. You also agree to pay any other collection or court costs we actually incur, as allowed by law.

**Ending Your Credit Privileges; Required Prepayments:** We may end this Agreement and cancel your credit privileges with or without reason at any time. If either you or we end this Agreement, you must cut in half and return to us all Credit Cards we have provided and you must repay any unpaid balance you owe us according to the terms of this Agreement in effect at the time the Agreement is ended. However, if we reasonably believe that a change in law or official interpretation significantly impairs our ability to operate or profit on the Account, we may require you to repay the entire balance outstanding under your Account upon not less than 30 days advance notice.

**Security Interest:** You grant us a purchase money security interest in the goods purchased on your Account.

**Application of Payments:** We will apply your payments in any order determined by us. Payments will be applied upon receipt at the address shown on your monthly statement. Payments received by 7:00 AM will be applied same day. All other payments will be applied next day. Your Available Credit will be increased by the amount of your payment within 7 days after that payment is received.

**Default:** You will be in default if: (a) you fail to pay the Total Amount Due when due, (b) you break any of the other terms of this Agreement (c) you die or are declared incompetent, or (d) bankruptcy is filed by or against you. Subject to any right to cure you may have by law, in the event of a default, we have the right to: (a) demand you pay the entire unpaid balance on your Account immediately; (b) start a lawsuit to collect the balance; and/or (c) retake the goods purchased. Should we retake the goods purchased, we have the right to sell them at a public or private sale and to apply the proceeds of the sale to the balance due. If we receive more money from the sale than you owe, we will pay the difference to you. **FINANCE CHARGES** will continue to accrue at the highest rate allowed by law after any default and/or any judgment.

**Change in Terms:** We may change the terms of this Agreement with respect to both existing balances and future purchases. To the extent required by law, we will mail you written notice of any change. The change will occur automatically on its effective date. However, if the change will increase your periodic interest or interest charges, the change will occur on its effective date unless you notify us in writing within 30 days of the earlier of the mailing or delivery of the notice that you do not accept the change. If you so notify us, we will allow you to pay off your remaining balance under your current terms, however, we may close your Account to further charges. At our option, we may choose to make any change effective only if you use your Account on or after a specified date. A change in the **ANNUAL PERCENTAGE RATE**, pursuant to the variable rate provisions of this Agreement, shall not be considered a change in terms under this paragraph.

**Lost or Stolen Card; Unauthorized Use:** If your Credit Card is lost or stolen or used without your permission, you will notify us immediately. If we issue a new Credit Card because your current Credit Card is lost, we may charge you a fee of up to $10. You may be liable for unauthorized use of your Credit Card (not to exceed $50). You will not be liable for unauthorized use that occurs after you notify us by either calling 1-800-365-0292 or writing to BNB USA Security Dept., P.O. Box 15522, Wilmington, Delaware 19850-5522.

**Authorized Users:** You must think carefully before you lend your credit card to anyone. By lending your card, you authorize the person receiving to make purchases and cash advances to the same extent you can. You are prohibited from, and you agree not to, limit the nature or the amount of authority you give. That person's authority continues until you notify us that you are terminating the authority and until you physically retrieve the credit card. If you cannot retrieve the credit card, you will remain liable for any transactions which we can not reasonably prevent after you notify us.

**Applicable Law:** This Agreement is governed by the law of the State of Delaware and applicable federal laws. All the provisions of this Agreement, including but not limited to, the **FINANCE CHARGES**, late charges, returned check charges, collection charges, method of computing the minimum monthly payment, grace period, change in terms, and applicable law provisions, are deemed to be interest under this Agreement and material to the determination of the **FINANCE CHARGES**.

**Arbitration:** Any claim, dispute or controversy (whether in contract, tort, or otherwise) arising from or relating to this Agreement or the relationships which result from this Agreement, including the validity or enforceability of this arbitration clause or any part thereof or the entire Agreement, and including any claim, dispute or controversy with or against Best Buy Co., Inc. ("Claim"), shall be resolved, upon the election of you or us, by binding arbitration pursuant to this arbitration provision and the Code of Procedure of the National Arbitration Forum in effect at the time the Claim is filed. Rules and forms of the National Arbitration Forum may be requested by writing to, and all Claims shall be filed at, any National Arbitration Forum office or at Post Office Box 50191, Minneapolis, Minnesota 55405. Any participatory arbitration hearing that you attend will take place in the federal judicial district of your residence. This arbitration agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16. Any Claim submitted to arbitration hereunder shall be limited to no more than actual compensatory, economic damages plus, in the arbitrator's discretion, punitive damages of no more than three times such actual damages or $50,000, whichever is lesser, and each party shall bear the expense of their respective attorney's fees regardless of which party prevails. Judgment upon the award may be entered in any court having jurisdiction. THE PARTIES ACKNOWLEDGE THAT THEY HAD A RIGHT TO LITIGATE CLAIMS THROUGH A COURT, BUT THAT THEY PREFER TO HAVE AN ELECTION TO RESOLVE ANY CLAIMS THROUGH ARBITRATION, AND THAT THEY HEREBY WAIVE THEIR RIGHTS TO LITIGATE CLAIMS IN A COURT UPON ELECTION OF ARBITRATION BY EITHER PARTY.

If any provision of this Agreement is found to be invalid or unenforceable under any law, rule or regulation, it will not affect the validity or enforceability of any other provision of this Agreement.

**Miscellaneous:** You represent and warrant to us that at the time of each transaction you have the intent and financial capacity to fully repay in accordance with the terms of this agreement each Purchase Advance. You authorize us to honor any purchase you make by telephone or mail on your Account. You agree that a signature is not necessary as identification in such cases.

We may disregard any statement on (or accompanying) a check written in payment of amounts owed under your Account if the statement is to the effect that the payment constitutes "payment in full" of the amount owed, and we may deposit such check without giving you notice. Such deposit shall not waive any of our rights. No waiver by us is effective unless in writing. No waiver by us applies to any extent beyond the express terms of the waiver.

You agree to give us at least 10 days prior notice of any change in your mailing address.

All payments shall be made at the address shown on your monthly statement and shall be made by check or money order, naming us as payee. However, if you mistakenly send us a payment made out to the Merchant or other third party, at our option, you authorize us to accept that payment. Note: Do Not Send Cash.

You agree that our supervisory personnel may listen to telephone calls between you and our representatives in order to evaluate the quality of our service to our cardholders. You also agree that we may initiate telephone calls with prerecorded or artificial voice messages.

If more than 1 person signs the application or is permitted to use the Account, you agree that: (a) the delivery of notices or monthly statements to any one of these individuals will constitute delivery of the notices and monthly statements to you; and (b) each will be liable for the full amount outstanding under the Account even if only one of you has initiated all of the Purchase Advances. Court decrees for divorce or separation do not affect either person's liability for any use of the Account.

**You request that we or our affiliate send you a Mastercard/Visa credit card, at our discretion, should your existing private label card become invalid.**

You agree to pay a reasonable charge to cover the costs of supplying additional document copies to you.

If any provision in this Agreement or portion thereof is held invalid, such invalidity shall not affect the other provisions or portions thereof in this Agreement which can be given effect without the invalidity.

**Assignment:** We may assign all or part of your unpaid balance and our rights under this Agreement to another person or entity without further notice to you. You cannot assign your unpaid balance or your rights under this Agreement unless we agree in writing.

**YOUR BILLING RIGHTS**

**Keep This Notice For Future Use**

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us In Case of Errors or Questions About Your Statement or Account**

If you think your Statement is wrong, or if you need more information about a transaction on your Statement, write us on a separate sheet at the address listed on the front of your Statement. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first Statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and Account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

**Your Rights and Our Responsibilities After We Receive Your Written Notice**

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the statement was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including **FINANCE CHARGES**, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.

If we find that we made a mistake on your statement, you will not have to pay any **FINANCE CHARGES** related to any questioned amount. If we didn't make a mistake, you may have to pay **FINANCE CHARGES**, and will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your Statement. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is. If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your statement was correct.

**Special Rule for Credit Card Purchases**

If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the Merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right: (a) You must have made the purchase in your home state, or, if not within your home state, within 100 miles of your current mailing address; and (b) the purchase price must have been more than $50.

These limitations do not apply if we own or operate the Merchant, or if we mailed you the advertisement for the property or services.

NO POSTAGE NECESSARY IF MAILED

La información sobre los costos de la Tarjeta de Crédito contenida en esta Solicitud está correcta a partir de Diciembre de 1996. Es posible que esta información haya cambiado posteriormente a ésta fecha. A fin de averiguar lo que haya cambiado, escríbanos al P.O. Box 15521, Wilmington, DE 19850.

**Aviso a Residentes de California:** Si usted está casado, puede solicitar crédito en su propio nombre.

**Aviso a Residentes de Maine & Rhode Island:** En conexión con su solicitud de crédito nosotros podremos pedir un informe sobre el consumidor en lo referente a usted. Si usted lo solicita, le informaremos si se pidió dicho informe y el nombre y la dirección de la agencia de informes sobre el consumidor que proporciono el informe.

**Aviso a Residentes de New York:** En conexión con su solicitud de crédito, nosotros podremos pedir un informe sobre el consumidor en lo referente a usted. Si usted lo solicita, le informaremos si se pidió dicho informe y el nombre y la dirección de la agencia de informes sobre el consumidor que proporciono el informe.

Residentes de New York podrán ponerse en contacto con el departamento de bancos del estado de New York para obtener una lista comparativa de tasas, honorarios y periodos de gracia para tarjetas de crédito. Departamento de Bancos del Estado de New York: 1-800-518-8866.

**Aviso a Residentes de Ohio:** Las leyes de Ohio contra la discriminación exigen que todo acreedor ponga el crédito igualmente a disposición de todo cliente merecedor de crédito y, según se solicite, que las agencias de informes sobre el consumidor mantengan por separado historiales crediticios para cada persona. La Comisión de Ohio sobre Derechos Civiles administra el cumplimiento con esta ley.

**Aviso a Residentes de Vermont:** En conexión con su solicitud de crédito, nosotros podremos pedir un informe sobre el consumidor en lo referente a usted. Si usted lo solicita, le informaremos si se pidió dicho informe y el nombre y la dirección de la agencia de informes sobre el consumidor que proporciono el informe.

**Aviso a Residentes Casados de Wisconsin:** Ninguna cláusula de un convenio sobre propiedad matrimonial, una declaración bajo la Sección 766.59, Wis. Stats. o un mandato de la corte bajo la Sección 766.70 Wis. Stats., afecta adversamente el interés del acreedor a menos que el acreedor, antes de la otorgación del crédito, sea proporcionado con una copia del convenio, declaración o mandato o tenga conocimiento actual de la cláusula adversa cuando la obligación del acreedor es contraída. Usted está casado y esta cuenta se está abriendo en el interés de su matrimonio o familia.

## DECLARACIONES DEL PLAN OTORGANTE DE PAGOS

**Seguro de Crédito OPCIONAL de Protección para el Otorgante de Pagos**

- Le protege a usted y a su "Best Buy Card"
- Paga si usted se incapacita
- Paga en caso de daño, destrucción o robo de mercancías
- Paga en caso de pérdida involuntaria del trabajo
- Paga hasta $10,000 en caso de muerte o desmembramiento
- Se carga automáticamente una quota mensual a su Cuenta de "Best Buy"
- No hay cargos cuando el balance de su cuenta es cero

**Elegibilidad de Inscripción al Plan de Protección para el Otorgante de Pagos:**
Esta cobertura está disponible para los poseedores de la Cuenta "Best Buy", bien establecidos (como lo determina Best Buy), menores de 66 años (de 65 en CA), con un empleo renumerativo y que trabajan activamente durante 30 horas a la semana, como mínimo.

**Cobertura de Desempleo Involuntario:**
Esta cobertura está disponible sólo para los poseedores de la cuenta. La protege a usted en caso de que sea despedido de su trabajo, de cesación de empleo o si pierda su empleo porque la compañía en que trabaja va en quiebra. No se cubren otras causas de desempleo. No se pagan beneficios por jubilación obligatoria, por abandono del trabajo o por trabajar por cuenta propia. (La Cobertura del Seguro contra Desempleo Involuntario no está disponible en HI, MA, ME, MN, NH, NY, PA, VA y VT.)

**Cobertura de Incapacidad Total:**
Esta cobertura está disponible sólo para el poseedor de la cuenta. Los beneficios no se pagan por incapacidad debida a embarazo normal o parto, o en el caso de daños causados intencionalmente a uno mismo. La incapacidad total significa que usted no es capaz de realizar los deberes importantes de su trabajo debido a una enfermedad o daños accidentales. (Esta cobertura no está disponible en NY y PA).

**Cobertura de Vida y Desmembramiento:**
Si usted o el co-poseedor de la cuenta muere, el Plan de Protección para el Otorgante de Pagos se hará cargo de los pagos del balance pendiente de la cuenta en los términos vigentes en la fecha de defunción hasta de un máximo de $10,000. El suicidio no se cubre durante los 6 primeros meses después de la fecha en que se hace efectivo el plan. (Para los residentes de CA, FL, GA, HI, ID, IA, KS, KY, MD, MA, MI, NC, NJ, NY, SC, TX, VT, VA y WA, los beneficios se otorgan sólo si muere el Poseedor Principal de la Cuenta).

**Cobertura para Propiedades:**
Las mercancías cargadas a su cuenta de Best Buy están cubiertas contra 19 tipos de pérdidas accidentales que se especifican en su certificado tales como incendio, vientos, granizo, robo, etc., hasta por 36 meses después de la compra. Las pérdidas deben registrarse después de la fecha en que su seguro entra en vigencia. No se cubren las pérdidas debidas a asaltos distintos al robo. Los pagos que reciba por este beneficio pueden afectar el que usted reciba los beneficios que provengan de otro seguro de propiedad. (En los Estados de CO, MA, NE, PA, VT y VA, no está disponible esta cobertura).

**Limitaciones y exclusiones generales:**
En cuanto a coberturas de desempleo, incapacidad, desmembramiento y vida, los beneficios se basan en su balance de cuenta en la fecha de pérdida. El Plan Otorgante de Pagos está sólo disponible para el Poseedor Principal de la Cuenta. El beneficio máximo por pérdida es de $10,000 ($500 por pago mensual debido a desempleo involuntario y a incapacidad total), pagaderos después de un período de espera de 30 días y retroactivos al primer día de la pérdida. En cuanto a la cobertura de propiedad, los beneficios se basan en el precio de compra y en su balance de cuenta durante ese período. De ahí en adelante, el beneficio máximo de propiedad es su balance de cuenta más alto en los 36 meses precedentes a la fecha de pérdida.

**Fin de la Cobertura:**
Su cobertura bajo el Plan Otorgante de Pagos finaliza el último día de su ciclo mensual de facturación cuando ocurra lo primero de lo siguiente: Su cuenta de Best Buy se termine o está morosa por 90 días; Se terminó la Póliza Principal de Grupo; cumplió 70 años (66 en TX; 71 en AZ, FL, GA, IL, MI, NV y OK); o si usted pide la cancelación y nos lo comunica por escrito.

**Costo del Plan de Protección para el Otorgante de Pagos:**
La quota mensual por $100 en el Balance de la Cuenta es de $.89 en DE, DC, IN, KS, LA, ME, MI, MT, ND, NM, OH, OK, RI, SD, TN, UT, WV, WI y WY; $0.95 en AZ, ID, IL, KY, NH, OR y WA; $0.93 en AL, AK, FL, IA, NV y NC; $0.86 en AR, CA, GA, MS y TX; $0.82 en MD, NJ y SC; $0.74 en CT y MO; $0.58 en CO, HI y MN; $0.41 en NE y NY; y 0.21 en MA, VT y VA.

En este resumen se desriben las coberturas emitidas para Best Buy por la Union Fidelity Life Insurance Company y la Virginia Surety Company, Inc. Las coberturas se hacen efectivas el día en que se abre su cuenta. Esta quota se cargará a su cuenta cada mes en el que mantenga un balance. Estas compañías de seguro no están afiliadas con BNB USA. BNB USA no obra de agente, corredor ni fiduciario suyo en obtener este seguro y BNB USA podrá recibir algún provecho de la venta de este seguro.



## CONVENIO DE TARJETAHABIENTE Y DECLARACION DE DIVULGACIONES

**AVISO AL COMPRADOR:**

**No use la Cuenta de Tarjetahabiente (la "Cuenta") sin antes leer este Convenio. Usted tiene derecho a recibir una copia fiel de este Convenio. Consérvelo a fin de proteger sus derechos legales. Usted tiene el derecho de pagar en cualquier momento en su totalidad o en parte las cantidades que deba bajo la Cuenta sin penalidad alguna.**

**Definición de las Partes Celebrantes:** En este Convenio, las palabras "usted," "su" y "suyo" significan cada persona que hace solicitud o uso de esta Cuenta, y las palabras "nosotros," "nos" y "nuestro" significan **BENEFICIAL NATIONAL BANK USA ("BNB USA").**

**Convenio:** Usted ha solicitado una Cuenta con nosotros. La Cuenta se puede usar solamente para recibir adelantos para comprar mercancía y servicios ("Adelantos Para Comprar") de los comerciantes participantes y a los cuales se les podrá adelantar fondos para cubrir dichas compras. Usted podrá tener que firmar un Recibo de Venta o demás autorización escrita con respecto a dichas compras. Al solicitar una Cuenta o firmar esta Solicitud o usar esta Cuenta, usted conviene en los términos y condiciones que contiene este Convenio y en los términos y condiciones que contiene la Solicitud, los cuales usted y nosotros convenimos en que son parte de este Convenio.

**Información Sobre la Cuenta:** Al solicitar una Cuenta, usted conviene en las siguientes instrucciones:

Por la presente, usted autoriza y ordena a BNB USA que solicite y reciba información crediticia sobre usted de parte de cualquier agencia de información de crédito o tercero.

**INSTRUCCIONES A BNB USA PARA QUE PROPORCIONE INFORMACION CREDITICIA:**

BNB USA está afiliada con otras compañías de Beneficial ("Afiliadas"). **Si bien usted entiende que la siguiente autorización y orden no es requisito para poder obtener una Cuenta, a fin de que usted pueda enterarse sobre el crédito o demás ofertas de las Afiliadas o sus agentes, usted autoriza y ordena a BNB USA que proporcione a las Afiliadas o sus agentes toda información crediticia sobre usted suministrada en esta Solicitud o que BNB USA obtenga de parte de cualquier agencia de información de crédito o tercero.** Usted comprende que si no desea autorizar y ordenar a BNB USA que proporcione a las Afiliadas o sus agentes dicha información crediticia sobre usted, puede comunicárselo a BNB USA llamando gratis al 1-800-365-3918. Hay operadoras de 8:00AM a 9:00PM, hora del este, los días entre semana. Si desea asegurarse de que no se proporcione ninguna información crediticia a las Afiliadas o sus agentes, usted debe llamar dentro de los 10 días calendarios posteriores a la fecha de su solicitud. Si no llama dentro de esos 10 días, BNB USA podrá comenzar a proporcionar dicha información crediticia a las Afiliadas o sus agentes. No obstante, en cualquier momento posterior, usted podrá llamar al 1-800-365-3918 y, a petición suya, BNB USA prontamente dejará de proporcionar dicha información crediticia a las Afiliadas o sus agentes. No obstante, según cuando sea que usted llame en un mes determinado, podrá recibir una solicitación después de que llame.

**Firma de Su Tarjeta de Crédito; Uso de Su Cuenta:** Al recibirla, usted debe firmar la Tarjeta de Crédito que nosotros le proporcionamos. Mientras usted cumpla con los términos y condiciones de este Convenio y no hayan finalizado sus privilegios de Cuenta, usted podrá usar su Tarjeta de Crédito para obtener Adelantos Para Comprar del Comerciante hasta su Límite de Crédito. No obstante, habrá ocasiones en que no podremos aprobar alguna transacción si nuestro sistema no está funcionado bien. Esto podrá suceder aunque usted no haya excedido su Límite de Crédito y su Cuenta esté al día. Asimismo, no somos responsables de que un Comerciante se niegue a aceptar un Adelanto Para Comprar en su cuenta. Usted conviene en no usar su Cuenta mientras esté vencida o mientras usted esté en otra condición de incumplimiento conforme con este Convenio. Su Cuenta no es traspasable y sólo usted tiene autorización de usarla. Sin embargo, si usted permite que otra persona use su Cuenta, usted es responsable del pago de los cargos contraídos por dicha persona.

**Promesa de Pago:** Usted conviene en pagarnos, en Dólares de EE.UU., la cantidad de todos los Adelantos Para Comprar facturados a su Cuenta, más los **CARGOS POR FINANCIAMIENTO** que haya y los demás cargos correspondientes. Nosotros podremos, pero no estamos obligados a, aceptar algún pago que no está girado por una institución financiera ubicada en los Estados Unidos o una Oficina de Correo de los EE.UU. Usted podrá pagarnos en cualquier momento la totalidad o parte del saldo pendiente de su Cuenta. No obstante, usted debe pagarnos cada mes a más tardar en la Fecha de Vencimiento del Pago indicada en su estado de cuenta mensual, por lo menos la Cantidad Total Pagadera indicada en el estado de cuenta, que es la suma de (a) el Pago Mensual Mínimo, calculado en la forma descrita bajo el encabezamiento "Pago Mensual Mínimo", y (b) toda Cantidad Vencida.

**Pago Mensual Mínimo:** Para calcular su Pago Mensual Mínimo, primero tomamos la suma que sea mayor entre (a) $15, (b) el 3% del Saldo de cada plan estandar y cada plan especial, si lo hay, que requiera pagos mensuales, establecidos en la casilla de Nuevo Saldo mostrado al final de su estado de cuenta mensual (el cual incluye **CARGOS POR FINANCIAMIENTO**, cargos por seguro y otros cargos previamente facturados) o (c) **CARGOS POR FINANCIAMIENTO** actuales y cualquier cargo actual por seguro. Seguidamente redondeamos esta suma al dólar siguiente. Su Pago Mensual Mínimo es esta cifra o el Nuevo Saldo indicado en su estado de cuenta mensual, la suma que entre ellas sea menor. Además de su Pago Mensual Mínimo, usted tendrá que pagar toda Cantidad Vencida que aparezca en su estado de cuenta. El Pago Mensual Mínimo más la Cantidad Vencida es igual a la Cantidad Total Pagadera.

**Límite de Crédito:** Le informaremos en cuanto al Límite de Crédito inicial (el "Límite") para su Cuenta. Podremos incrementar o reducir su Límite en cualquier momento e indicaremos el Límite en sus estados de cuenta mensuales. Usted conviene en no solicitar Adelantos Para Comprar con los cuales su Cuenta excedería el Límite. Si usted intenta exceder el Límite, podremos anular este Convenio y exigirle que nos pague inmediatamente todo el saldo pendiente bajo la Cuenta, inclusive todos los Adelantos Para Comprar no pagados, así como los **CARGOS POR FINANCIAMIENTO** y demás cargos.

**Planes de Financiamiento Especiales:** Además de nuestro plan de financiamiento estándar que se estipula en este Convenio, ocasionalmente, y a opción nuestra, ofreceremos planes especiales de financiamiento sobre los Adelantos Para Comprar hechos bajo su Cuenta. Su Pago Mensual Mínimo, la aplicación de los pagos y otros de los términos podrán ser distintos bajo ciertos planes de financiamiento especiales. En el momento de la compra se indicarán los términos específicos de un Adelanto Para Comprar efectuado bajo un plan especial. Los Adelantos Para Comprar efectuados bajo un plan especial serán indicados por separado en su estado de cuenta mensual y podrían tener un Pago Mensual Mínimo por separado que se sumará al Pago Mensual Mínimo estándar que se deba efectuar en ese momento. Siempre que usted no efectúe a tiempo un pago necesario para su plan de financiamiento especial o para su pago de financiamiento estándar, a opción nuestra podremos traspasar a nuestro plan de financiamiento estándar el saldo pendiente de un Adelanto Para Comprar bajo un plan de financiamiento especial. Mientras esté vigente algún plan de financiamiento especial usted deberá efectuar por lo menos el Pago Mensual Mínimo, de haberlo, indicado en su estado de cuenta mensual. Explicaciones de algunos de los planes especiales: (a) **Pago Aplazado:** Su primer pago se aplaza por un tiempo determinado, aunque los **CARGOS POR FINANCIAMIENTO** se cobran durante el período del aplazamiento; (b) **Pago e Intereses Aplazados:** Su primer pago se aplaza por un tiempo determinado y los **CARGOS POR FINANCIAMIENTO** no se cobran durante ese período; (c) **Igual que Dinero:** Si, durante un plazo determinado, usted paga la totalidad de su Adelanto Para Comprar, no se cobrarán **CARGOS POR FINANCIAMIENTO** sobre dicho Adelanto Para Comprar. No obstante, si dicho pago total no se efectúa durante este plazo, se cobrarán **CARGOS POR FINANCIAMIENTO** desde la Fecha de Compra; (d) **Sin Intereses:** Por un plazo determinado, no se le cobrarán **CARGOS POR FINANCIAMIENTO** sobre su Adelanto Para Comprar y términos especiales por pagos anticipados serán aplicables a su Adelanto de Compra; (e) **Tasa Reducida:** Se cobrará sobre su Adelanto Para Comprar una **TASA PORCENTUAL ANUAL** reducida; (f) **Tasa Reducida - Factor de Pago Especial:** Corresponderán a su Adelanto Para Comprar una **TASA PORCENTUAL ANUAL** reducida y términos especiales para el pago.

**CARGOS POR FINANCIAMIENTO:** Con los propósitos de calcular los **CARGOS POR FINANCIAMIENTO**, hay diferentes "categorías" de Adelantos de Compra. Hay una categoría separada que cubre todos los Adelantos de Compra hechos bajo nuestro plan de financiamiento estandar como se manifiestan en este Contrato. Hay además una categoría separada que cubre todos los Adelantos de Compra hechos en el mismo día bajo el mismo plan especial de financiamiento.

Los Adelantos de Compra son asentados en su cuenta no antes de la "Fecha de Transacción" la fecha en que las mercancías o servicios son comprados.

Si el Saldo Previo mostrado en su estado de cuenta mensual es de cero, o si el Nuevo Saldo mostrado en su estado de cuenta mensual cubriendo el periodo de facturación previo fue pagado en su totalidad a la Fecha de Vencimiento del Pago mostrada en dicho estado de cuenta, no se impondrán **CARGOS POR FINANCIAMIENTO** por el ciclo de facturación actual; si el Nuevo Saldo mostrado en su estado de cuenta es luego pagado en su totalidad a la Fecha de Vencimiento del Pago mostrado en su estado de cuenta (el cual provee de un período de gracia de 25 días), no se impondrán **CARGOS POR FINANCIAMIENTO** durante el próximo ciclo de facturación. Si ese Nuevo Saldo no es pagado en su totalidad a la Fecha de Vencimiento del Pago, se le impondrán **CARGOS POR FINANCIAMIENTO** en los Adelantos de Compra incluidos en ese Nuevo Saldo desde la Fecha de la Transacción por cada Adelanto de Compra por medio de la Fecha de Cierre del Estado de Cuenta por el ciclo de facturación siguiente. En el próximo ciclo de facturación, los **CARGOS POR FINANCIAMIENTO** son también impuestos desde la Fecha de la Transacción hasta la Fecha de Cierre del Estado de Cuenta por ese ciclo de facturación en cualquier Adelanto de Compra hecho en aquel ciclo de facturación.

Hay diferentes tipos de **CARGOS POR FINANCIAMIENTO** asociados con su cuenta. **CARGOS POR FINANCIAMIENTO** Contingentes son **CARGOS POR FINANCIAMIENTO** desde el ciclo de facturación actual que pueden ser evadidos por medio de pagos a tiempo, como se indica anteriormente, o que pueden ser evadidos bajo los términos de pago de un plan de financiamiento especial. **CARGOS POR FINANCIAMIENTO** Acumulados son la suma de los **CARGOS POR FINANCIAMIENTO** Contingentes desde el ciclo de facturación actual más **CARGOS POR FINANCIAMIENTO** Contingentes de ciclos de facturación previos y que aún pueden ser evadidos. **CARGOS POR FINANCIAMIENTO** Acumulados son **CARGOS POR FINANCIAMIENTO** Contingentes desde ciclos de facturación previos que no han sido evadidos y que ahora son cobrables. Los **CARGOS POR FINANCIAMIENTO** Actuales son **CARGOS POR FINANCIAMIENTO** que son establecidos en su ciclo de facturación actual; ellos no pueden ser evadidos y son ahora cobrables.

Al final del ciclo de facturación, nosotros calculamos ambos los **CARGOS POR FINANCIAMIENTO** Contingentes y los Actuales por cada día multiplicando la Tasa Periódica Diaria por una categoría de Adelantos de Compra por el saldo de cierre diario de esa categoría y añadiendo el resultado de cada día por todos los días en el ciclo de facturación. Cada día, el saldo de cierre diario por una categoría es calculado al añadir al saldo previo diario por esa categoría, si lo hay, todos los Adelantos de Compra por esa categoría que ocurrió en ese día (más, por el primer día del ciclo de facturación, todos los Adelantos de Compra con Fechas de Transacción, en un ciclo de facturación previo que fueron asentados a la cuenta durante ese ciclo de facturación) y mediante el restar los **CARGOS POR FINANCIAMIENTO**, cargos por seguro, y otros cargos, y todos los pagos y créditos aplicables a dicho saldo en dicho día. Un **CARGO POR FINANCIAMIENTO** mínimo de $1 es impuesto si es que hubiese algún **CARGO POR FINANCIAMIENTO** Actual.

Su estado de cuenta mensual no mostrará el saldo de cierre diario de cada día por cada categoría de Adelantos de Compra. En vez, éste mostrará su Saldo de Promedio Diario por cada categoría. Nostros obtenemos el Saldo Promedio Diario de una categoría al dividir la suma de los saldos de cierre diarios por esa categoría por todos los días en el ciclo de facturación por el número actual de días en el ciclo de facturación.

El Saldo Promedio Diario para una categoría puede ser multiplicada por el número de días en el ciclo de facturación y la tasa periódica diaria apropiada pueda ser aplicada a ese producto para determinar la cantidad de **CARGOS POR FINANCIAMIENTO** Contingentes y Actuales. (Podrá haber diferencias mínimas entre las cantidades de los **CARGOS POR FINANCIAMIENTO** Contingentes y Actuales calculados de esa manera y las cantidades de los **CARGOS POR FINANCIAMIENTO** Contingentes y Actuales mostrados en la parte posterior de su estado de cuenta a redondearse.) Sin embargo, las cantidades de los **CARGOS POR FINANCIAMIENTO** Contingentes y Actuales serán de cero para aquellas categorías de Adelantos de Compra hechas bajo los Planes del Financiamiento de los Pagos e Intereses Diferidos o Libre de Intereses – Planes de Financiamiento Especiales del Factor de Re-Pago hasta el final del período diferido por los **CARGOS POR FINANCIAMIENTO.**

Su Cuenta tiene una característica de tasa variable y por tanto la tasa periódica diaria y la correspondiente **TASA PORCENTUAL ANUAL** podrán cambiar el primer día de cada período de facturación mensual ("Fecha de Cambio"). Su **TASA PORCENTUAL ANUAL** para un período de facturación será del 14.4% por encima de la tasa básica sobre préstamos empresariales más favorable [Prime Rate] (y la tasa periódica diaria será 1/365° de esta cifra) según se publica en <u>The Wall Street Journal</u> en la sección Money Rates [Tasas de Dinero] del día 25 del mes que inmediatamente precede a la Fecha de Cambio para ese período de facturación. Si el día 25 del mes no es día laborable, usaremos la Prime Rate vigente el siguiente día laborable. No obstante la Prime Rate vigente en ese momento, la **TASA PORCENTUAL ANUAL** no será de menos del 19.8% (tasa periódica diaria del .05425%). Un aumento en la tasa periódica diaria y la correspondiente **TASA PORCENTUAL ANUAL** significa que usted paga un **CARGO POR FINANCIAMIENTO** mayor y una reducción significa que usted paga un **CARGO POR FINANCIAMIENTO** menor. Tanto la **TASA PORCENTUAL ANUAL**

como la tasa periódica diaria para cada período de facturación se indicarán en su estado de Cuenta mensual. Como ejemplo, al 11/25/96, la tasa periódica diaria era de .06205% y la **TASA PORCENTUAL ANUAL** era del 22.65%.

**Cargos Adicionales:** Además de los **CARGOS POR FINANCIAMIENTO** que haya, su Cuenta está sujeta a los siguientes cargos adicionales:

**Cargo Por Morosidad:** Si un Pago Mensual Mínimo no se paga dentro de los 5 días de su Fecha de Vencimiento del Pago, usted conviene en pagar un cargo por morosidad. El cargo por morosidad será $17.50. No se cobrará sino 1 sólo cargo por morosidad con respecto a un Pago Mensual Mínimo determinado.

**Cargo Por Cheque Devuelto:** Si usted gira un cheque de pago para su Cuenta y dicho cheque es devuelto sin pagar, usted conviene en pagarnos un cargo de $20.00.

**Cargo Por Cobranza:** Si usted está en estado de incumplimiento y nosotros enviamos su Cuenta a un abogado para que la cobre, usted conviene en pagar los honorarios de abogado que no excederán 20% del saldo de la cuenta. Usted también conviene en pagar los demás costos de cobranza o judiciales que efectivamente contraigamos.

**Terminación de Sus Privilegios de Crédito; Pago Exigido Antes de Tiempo:** Podremos dar fin a este Convenio y cancelar sus privilegios de crédito en cualquier momento con o sin motivos justificantes. Si usted o nosotros damos fin a este Convenio, usted deberá cortar y devolvernos todas las Tarjetas de Crédito que le hayamos dado y tendrá que pagar todo saldo pendiente que nos deba conforme con los términos de este Convenio que estén en vigencia en el momento en que este Convenio se termine. No obstante, si razonablemente creemos que un cambio en la ley o interpretación oficial significativamente menoscaba nuestra capacidad de manejar u obtener lucro de la Cuenta, podremos exigirle que pague todo el saldo pendiente de su Cuenta al darle un mínimo de 30 días de aviso previo.

**Interés de Garantía:** Usted nos da un interés de garantía de compra en toda mercancía comprada con su Cuenta.

**Aplicación de Pagos:** Nosotros podremos aplicar sus pagos en el orden en que nosotros determinemos. Los pagos serán aplicados cuando se reciban en la dirección indicada en su estado de cuenta mensual. Los pagos recibidos antes de las 7AM serán aplicados ese mismo día. Los demás pagos serán aplicados el día siguiente. Su Crédito Disponible se incrementará en los importes de su pago dentro de los 7 días después de haberse recibido el pago.

**Incumplimiento:** Usted estará en condición de incumplimiento si: (a) no paga la Cantidad Total Pagadera cuando se venza, (b) infringe cualquiera de los demás términos de este Convenio, (c) usted fallece o es declarado incompetente, o (d) usted hace petición de bancarrota o se le hace contra usted. Sujeto a todo derecho a remediar que usted tenga por ley, en caso de incumplimiento nosotros tenemos el derecho de: (a) exigir que nos pague inmediatamente la totalidad del saldo pendiente de su Cuenta; (b) entablar una demanda para cobrar el saldo; y/o (c) recuperar la mercancía comprada. Si recuperamos la mercancía comprada, tenemos el derecho de venderla en subasta pública o privada y de aplicar las utilidades de la venta al saldo pendiente. Si de la venta recibimos más dinero del que usted debe, le pagaremos a usted la diferencia. Después de cualquier incumplimiento y/o fallo, los **CARGOS POR FINANCIAMIENTO** seguirán acumulándose a la tasa más elevada que permita la ley.

**Cambio en Términos:** Nosotros podremos cambiar los términos de este Convenio con respecto a los saldos existentes y las compras futuras. En la medida que lo requiera la ley, nosotros le enviaremos un aviso por escrito de cualquier cambio. El cambio ocurrirá automáticamente en su fecha de vigencia. Sin embargo, si el cambio aumenta su tasa periódica de intereses o sus cargos por intereses, el cambio ocurrirá en su fecha de vigencia a menos que usted nos avise dentro de los 30 días del envío o de la entrega del aviso que usted no acepta el cambio. Si usted nos da dicho aviso, le permitiremos pagar el saldo restante bajos los términos corrientes; no obstante, podremos cerrar su Cuenta en lo referente a cargos futuros. A opción nuestra, podremos decidir que el cambio entre en vigencia solamente si usted usa su Cuenta a partir de una fecha determinada. El cambio en la **TASA PORCENTUAL ANUAL**, conforme con las disposiciones de este Convenio sobre la tasa variable, no será considerado de ser cambio bajo los términos de este párrafo.

**Tarjeta Perdida o Robada; Uso No Autorizado:** Si su Tarjeta de Crédito se pierde o es robada o se usa sin su autorización, usted nos avisará inmediatamente. Si le expedimos otra Tarjeta de Crédito debido a que su Tarjeta de Crédito actual se ha perdido, podremos cobrarle un cargo de hasta $10. Puede que usted sea responsable del uso no autorizado de su Tarjeta de Crédito (sin exceder los $50). Usted no será responsable del uso no autorizado que ocurra después de que usted nos avise ya sea llamando al 1-800-365-3918 o escribiendo a BMB USA Security Dept., P.O. Box 15522, Wilmington, Delaware 19850-5522.

**Usuario Autorizado:** Usted debe pensar muy cuidadosamente antes de prestarle su tarjeta de crédito a alguien. Al prestar su tarjeta, usted autoriza la persona recibiéndole a hacer compras y adelantos de efectivo tal como usted pudiera. Usted está prohibido, y usted conviene, en no limitar el índole o la cantidad de autoridad que usted da. La autoridad de esa persona continúa hasta que usted nos notifica que usted está terminando la autoridad y hasta que usted físicamente recobre la tarjeta de crédito. Si usted no puede recobrar la tarjeta de crédito, usted seguirá siendo responsable por cualquier transacción que nosotros razonablemente no podremos prevenir después de que usted nos notifique.

**Ley Vigente:** Este Convenio está regido por las leyes del Estado de Delaware y por las leyes federales vigentes. Si alguna disposición de este Convenio resulta inválida o no valedera bajo alguna ley, norma o reglamento, ello no afectará la validez ni la posibilidad de hacer valer las demás disposiciones de este Convenio. Todas la disposiciones de este Convenio, inclusive pero no limitado a, los **CARGOS POR FINANCIAMIENTO**, cargos por morosidad, cargos por cheque devuelto, cargos de cobranza, método de calcular el pago mensual mínimo, período de gracia, cambio en términos, y disposiciones de ley vigente, se consideran ser interés bajo este Convenio y material a la determinación de los **CARGOS POR FINANCIAMIENTO.**

**Arbitraje:** Cualquier reclamo, disputa o controversia (ya sea en convenio, agravio o de otra manera) que surjan de o relacionadas a este Convenio o de las relaciones que resultan de este Convenio, incluyendose la validez o cumplimiento de esta cláusula de arbitraje o cualquier parte de éste o todo el Convenio ("Reclamo"), debe ser resuelta, en base a su elección o la nuestra, mediante un arbitraje obligatorio en conformidad con esta provisión de arbitraje y el Código de Procedimiento del Forum Nacional de Arbitraje en vigencia en el tiempo que el Reclamo fue registrado. Las reglas y formularios del Forum Nacional de Arbitraje podrán ser obtenidos llamando al número (800) 474-2371 y todos los Reclamos deben ser registrados en cualquier oficina Nacional de Arbitraje o en el Apartado Postal 50191, Minneapolis, Minnesota 55405. Cualquier audiencia participante en arbitraje que usted atienda tendrá lugar en el distrito judicial federal de su residencia. Este acuerdo de arbitraje es hecho conforme con una transacción involucrando comercio interestatal, y deberá ser governado por el Acto Federal de Arbitraje, 9 U.S.C. Secciones 1-16. Todo relamo sometido a arbitraje en adelante deberá ser limitado a no más que a los daños compensatorios y económicos más, en la discresión del árbitro, la compensación por daños otorgados en exceso, a no más de tres veces dichos actuales daños o $50,000, el que sea menor entre ellos, y cada parte interesada deberá encargarse del costo de los honorarios de sus abogados sin importar que parte interesada sea la favorecida. Una sentecia de fallo será asentada en cualquier corte que tenga jurisdicción. LAS PARTES INTERESADAS CONFIRMAN QUE TUVIERON EL DERECHO A LITIGAR RECLAMOS MEDIANTE UNA CORTE, PERO QUE ELLAS PREFIEREN TENER LA ELECCIÓN DE RESOLVER CUALQUIER RECLAMO MEDIANTE ARBITRAJE, Y QUE POR LO TANTO ELLOS RENUNCIAN A SUS DERECHOS DE LITIGAR RECLAMOS EN UNA CORTE POR MEDIO DE LA ELECCIÓN DE CUALQUIERA DE LAS PARTES INTERESADAS, DE ARBITRAJE.

**Varios:** Usted representa y certifica que en el momento de cada transacción, usted tiene el intento y la capacidad económica para pagar totalmente conforme con los términos de este convenio cada Adelanto Para Compras. Usted nos autoriza a aceptar toda compra hecha con su Cuenta por teléfono o por correo. Usted conviene en que en dichos casos no es necesaria una firma a modo de identificación.

Podremos hacer caso omiso de toda declaración que haya en (o que acompañe a) un cheque girado para pagar cantidades debidas bajo su Cuenta si la declaración es del efecto de que el pago constituye "pago por completo" de la cantidad debida, y podremos depositar dicho cheque sin avisarle a usted. Dicho depósito no equivaldrá a la renuncia de nuestros derechos. Ninguna renuncia nuestra es válida a menos que sea por escrito. Ninguna renuncia nuestra de ninguna forma corresponde más allá de los términos explícitos de la renuncia.

Usted conviene en darnos un aviso de por lo menos 10 días de antemano de todo cambio en su dirección postal.

Todos los pagos serán efectuados a la dirección indicada en su estado de Cuenta mensual y se harán por cheque o giro de dinero a nombre de nosotros. Sin embargo, si por error usted nos envía un pago a nombre del Comerciante o de un tercero, a opción nuestra, usted nos autoriza a aceptar dicho pago. Nota: No Envíe Dinero En Efectivo.

Usted conviene en que nuestro personal de supervisión podrá escuchar las llamadas telefónicas entre usted y nuestros representantes a fin de evaluar la calidad de nuestros servicios a nuestros tarjetahabientes. Usted también conviene en que nosotros podremos iniciar llamadas telefónicas con mensajes pregrabados o de voz artificial.

Si la solicitud está firmada o si se permite el uso de la Cuenta por más de 1 persona, usted conviene en que: (a) la entrega de avisos o de los estados de cuenta mensuales a cualquiera de dichas personas constituirá entrega a usted de los avisos y de los estados de cuenta mensuales, y (b) cada cual será responsable de toda la cantidad pendiente bajo la Cuenta incluso si sólo uno de ustedes ha iniciado todos los Adelantos Para Compra. Mandatos de la corte por divorcios o separaciones no afectan la responsabilidad de cada persona por cualquier uso de la Cuenta.

**Usted solicita que, en caso de que su Tarjeta de Crédito de marca privada ya no sea válida, a opción nuestra, nosotros o nuestra afiliada le enviemos una Tarjeta de Crédito MasterCard/Visa.**

Usted conviene en pagar un cargo razonable para cubrir el costo de proporcionarle a usted copias adicionales de documentos.

Si cualquier provisión en este Convenio o parte de éste es retenido como inválido, dicha invalidez no deberá afectar las otras condiciones o porciones de éste en este Convenio las cuales podrán dar efectividad sin la invalidez.

**Cesión:** Nosotros podremos ceder la totalidad o parte de su saldo pendiente y nuestros derechos bajo este Convenio a otra persona o entidad sin aviso adicional para usted. Usted no puede ceder su saldo pendiente ni sus derechos bajo este Convenio a menos que nosotros los convengamos por escrito.

**SUS DERECHOS RESPECTO A LA FACTURACIÓN**

**Conserve Este Aviso Para Futuras Referencias**

Este aviso contiene información importante sobre sus derechos y nuestras obligaciones bajo la Ley de Facturación de Crédito Equitativo.

**Avísenos Si Hay Errores o Dudas Sobre Su Estado de Cuenta**

Si usted cree que su Estado de Cuenta contiene un error, o si necesita mayor información sobre alguna transacción que aparezca en su Estado de Cuenta, escríbanos en una hoja aparte, enviándola a la dirección que se encuentra en el reverso de su Estado de Cuenta. Escríbanos lo más pronto posible. Nosotros deberemos recibir dicho aviso a más tardar 60 días después de que le hayamos enviado el primer Estado de Cuenta en que apareció el error o problema. Usted podrá llamarnos por teléfono, pero el hacerlo no conservará sus derechos. En la carta, dénos la siguiente información:

- Su nombre y el número de su Cuenta.
- La suma del error sospechado.
- Describa el error y explique, si puede, por qué cree usted que es un error. Si necesita mayor información, explique el artículo sobre el cual tiene dudas.

**Sus Derechos y Nuestras Obligaciones Después de Que Nosotros Recibamos Su Aviso por Escrito**

Nosotros debemos acusar recibo de su carta en un plazo de 30 días, a menos que ya hayamos corregido el error. En un plazo de 90 días, deberemos corregir el error o explicarle a usted por qué opinamos que el estado de cuenta se facturó correctamente.

Después de que recibamos su carta, no podremos intentar cobrar ninguna suma que usted objete, ni informar que usted es deudor moroso. Podremos seguir facturándole la suma que usted objeta, inclusive los **CARGOS POR FINANCIAMIENTO**, y podremos aplicar toda suma pendiente contra su límite de crédito. Mientras estemos investigando, usted no tiene que pagar ninguna suma a que haya objetado, aunque sí tiene la obligación de pagar las importes del estado de cuenta que no estén en duda.

Si determinamos que cometimos un error en su estado de cuenta, usted no tendrá que pagar los **CARGOS POR FINANCIAMIENTO** sobre la suma objetada. Si no cometimos un error, puede que usted tenga que pagar los **CARGOS POR FINANCIAMIENTO** y tendrá que efectuar además los pagos que se hayan omitido en relación con la suma que estaba en duda. En todo caso, le enviaremos un estado de cuenta sobre la suma que usted adeuda y la fecha en que ésta vence.

Si usted no paga la suma que creemos que usted adeuda, podremos informar que figura como deudor moroso. No obstante, si nuestra explicación no le satisface y usted nos escribe en un plazo de diez días informándonos que aún se niega a pagar, deberemos informar a todo aquel a quien demos informes sobre usted y comunicarle que usted tiene una duda sobre su Estado de Cuenta. Nosotros deberemos darle a usted el nombre de todos a quienes hayamos dado informes. Cuando finalmente el asunto se resuelva, deberemos informar de ese hecho a todo aquel a quien dimos informes. Si no obedecemos estas reglas, no podremos cobrar los primeros $50 de la suma en duda, aunque su estado de cuenta haya estado correcto.

**Regla Especial Para Compras Con Tarjeta de Crédito**

Si usted tiene algún problema con la calidad de la mercancía o servicios que compró con una tarjeta de crédito y de buena fe ha intentado resolver el problema con el Comerciante, puede que tenga derecho a no pagar el saldo restante por la mercancía o los servicios. Hay dos limitaciones sobre este derecho: (a) la compra se debió haber efectuado dentro de su estado de domicilio o si no, dentro de las 100 millas de su actual dirección postal; y (b) el precio de compra debió haber sido de más de $50.

Estas limitaciones no corresponden si nosotros somos propietarios o administramos ese Comerciante, o si le enviamos publicidad para los bienes o servicios.

(Para Uso de Best Buy Solamente) / (For Best Buy Use Only) BEST BUY CO., INC. # de Comerciante / (Merchant No.) 88 ___ # Ordinal / (Ordinal No.) 7260 Cantidad de la Venta (Sale Amt.) ______

# de Referencia/Solicitud / Reference #/App. # ______ # de Cuenta / Account # ______ Límite de Crédito / Credit Limit ______

Identificación #1 Con Foto / I.D. #1 Photo ID Tipo: / Type: ☐ Licencia de Conducir / Drivers License ☐ Otra / Other ______ # de Identificación / I.D. # ______ Estado / State ______

Identificación #2 Tarjeta de Credito / I.D. #2 Credit Card Tipo: / Type: ☐ MC ☐ VISA ☐ AMEX ☐ DISCOVER Fecha de Exp. / Exp. Date ______

Identificación Alternativa / Alt. I.D. ______ Identificación Verificada por: / I.D. Verified by: ______ Firma/Inicials / Signature/Initials ______

**SOLICITANTE** ***Una planilla incompleta puede resultar en el rechazo de su solicitud.*** **/ APPLICANT** ***Incomplete form may result in the decline of your application.***

Nombre / First Name ______ Inicial /Middle Initial ______ Apellido / Last Name ______

Número de Seguro Social / Social Security Number ___ – ___ – ___ Fecha de Nacimiento / Birth Date: Mes / Month ______ Día / Day ______ Año / Year ______

Dirección Residencial / Street Address: ______ # de Apto. / Apt. # ______ Ciudad / City ______ Estado / State ______ Código Postal / Zip ______

Teléfono Residencial / Home Phone ( ) ______ Teléfono de Empleo / Work Phone ( ) ______ ☐ Semana / Week ☐ Mes / Month ☐ Año / Year

Cuenta de Cheques / Checking Account ☐ Sí / Yes ☐ No Cuenta de Ahorros / Savings Account ☐ Sí / Yes ☐ No

Tipo de Residencia / Residence Type: ☐ Propia / Own ☐ Alquilada / Rent ☐ Hospedaje / Board Tiempo en la Residencia / Time at Residence: ______ Años / Yrs. ______ Meses / Months

Nombre de la empresa donde trabaja / Employer's Name: ______ Tiempo que lleva Empleado/ Time Employed: ______ Años / Yrs. ______ Meses / Months

**Al firmar a continuación, usted (1) por la presente aplica a Beneficial National Bank ("BNB USA") para una cuenta de tarjeta de crédito; (2) acuerda de que todo lo declarado en esta solicitud es verdadero en lo mejor de sus conocimientos; (3) acuerda de que BNB retendrá esta solicitud o la información en esta solicitud de ser o no aprovada; (4) acuerda con los términos y condiciones del Convenio de BNB USA de Tarjetahabiente, el cual está adjunto a éste, y que deberá ser desprendido, y podrá ser retenido por usted. / By signing below, you (1) hereby apply to Beneficial National Bank USA ("BNB USA") for a credit card account; (2) agree that everything stated on this application is true to the best of your knowledge; (3) agree that BNB USA will retain this application or the information in this application whether or not it is approved; (4) agree to the terms and conditions of the BNB USA Cardholder Agreement, which is attached hereto, which shall be detached, and which may be retained by you.**

POR FAVOR FIRME / PLEASE SIGN

X ______ Firma del Solicitante / Applicant's Signature ______ Fecha / Date

MOISTEN AND SEAL

HUMEDEZCA Y SELLE

[illegible]

**Pago Otorgante del Plan de Protección de Seguro OPCIONAL / OPTIONAL Payment Maker Protection Insurance Plan**

Después de haber leído el Pago Otorgante de Seguro y Declaraciones de Costo en el panel adjunto a este documento, marque la casilla apropiada y firme debajo. Si usted ha elegido el Pago Otorgante del Plan de Protección de Seguro Opcional, usted acuerda en pagar por la cobertura en cuotas mensuales como está descrito en las Declaraciones del Pago Otorgante de Seguro y Costos. La compra de este seguro es voluntaria y no es requerida para la extensión de crédito. Usted podrá obtener seguro de quien lo desee el cual sea razonablemente aceptable por nosotros. El Seguro solo está disponible en aquellos Estados y solo por aquellas coberturas identificadas en las Declaraciones del Pago Otorgante de Seguro y Costos.

After reading the Payment Maker Insurance and Cost Disclosures panel attached hereto, check the appropriate box and sign below. If you have chosen the Optional Payment Maker Protection Plan, you agree to pay for the coverage in monthly payments as described in the Payment Maker Insurance and Cost Disclosures. The purchase of this insurance is voluntary and is not required for the extension of credit. You may obtain insurance from anyone you want that is reasonably acceptable to us. Insurance is available only in those states and only for those coverages identified in the Payment Maker Insurance and Cost Disclosures.

Para el Seguro Por Favor Firme Aquí / For Insurance Please Sign Here

☐ Sí, yo deseo Protección de Pago Otorgante / Yes, I want Payment Maker Protection ☐ No, yo no deseo ningún seguro / No, I do not want any insurance

X ______ Firma del Solicitante / Applicant's Signature ______ Fecha / Date ______ Fecha de Nacimiento / Date of Birth ___ / ___ / ___

**CO-SOLICITANTE / CO-APPLICANT**

Nombre / First Name ______ Inicial /Middle Initial ______ Apellido / Last Name ______

Número de Seguro Social / Social Security Number ___ – ___ – ___ Fecha de Nacimiento / Birth Date: Mes / Month ______ Día / Day ______ Año / Year ______

Dirección Residencial / Street Address: ______ # de Apto. / Apt. # ______ Ciudad / City ______ Estado / State ______ Código Postal / Zip ______

Teléfono Residencial / Home Phone ______ Teléfono de Empleo / Work Phone ______ *Ingresos / Income $ ______ ☐ Semana / Week ☐ Mes / Month ☐ Año / Year

**Al firmar a continuación, usted (1) por la presenta aplica a Beneficial National Bank ("BNB USA") para una cuenta de tarjeta de crédito; (2) acuerda de que todo lo declarado en esta solicitud es verdadero en lo mejor de sus conocimientos; (3) acuerda de que BNB retendrá esta solicitud o la información en esta solicitud de ser o no aprovada; (4) acuerda con los términos y condiciones del Convenio de BNB USA de Tarjetahabiente, el cual está adjunto a éste, y que deberá ser desprendido, y podrá ser retenido por usted. / By signing below, you (1) hereby apply to Beneficial National Bank USA ("BNB USA") for a credit card account; (2) agree that everything stated on this application is true to the best of your knowledge; (3) agree that BNB USA will retain this application or the information in this application whether or not it is approved; (4) agree to the terms and conditions of the BNB USA Cardholder Agreement, which is attached hereto, which shall be detached, and which may be retained by you.**

POR FAVOR FIRME / PLEASE SIGN

X ______ Firma del Co-Solicitante / Co-Applicant's Signature ______ Fecha / Date

*AVISO SOBRE INGRESOS: Puede incluir toda procedencia. No tiene que revelar pensión de divorcio matrimonial, manutención de niños ni otros ingresos, si es que Ud. no desea que sean considerados como base para el pago de esta obligación.

INCOME NOTICE: Can include all sources. You need not disclose alimony, child support or separate maintenance income if you do not wish to have it considered as a basis for repaying this obligation.

© 1996 BNB USA

V-BEST BUY, Ed. 12/96





NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**

FIRST CLASS MAIL PERMIT NO. 492 WILMINGTON, DE

POSTAGE WILL BE PAID BY ADDRESSEE

**BEST BUY CARD**
BENEFICIAL NATIONAL BANK USA
PO BOX 15519
WILMINGTON DE 19885-5519